# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe Nos. 60 through 121, inclusive, individuals<br><br>**Plaintiff,**<br><br>V.<br><br>Aylo Media S.A.R.L.; Aylo Freesites, Ltd.; Aylo Billing US Corp.; 9219-1568 Quebec, Inc.; 4357337 Canada Inc.<br><br>**Defendant.** | Case No.   23-cv-1821-JES-DEB<br><br>**NOTICE OF RELATED CASE** |

### REPORT OF CLERK PURSUANT TO RELATED CASE

Re:     "Low-Numbered" Case No.:   20-cv-2440-WQH-KSC

Title:   Jane Doe Nos. 1 through 40 v. MG Freesites, Ltd. et al

The above "low-numbered" case and the present case appear to be related.

Within 7 days of receiving service of this document, or within 7 days of first appearing in this case, whichever is later, any party may file and serve an Objection pursuant to Civ. LR 40.1.g. Any other party may file a Reply within 7 days of such Objection.

The judges assigned to the cases identified as related will decide if the cases are related within 7 days after the response is due. If all of the judges agree that the appropriate criteria are met, a Low Number Order will issue.

Dated:   10/26/23

**John Morrill**, Clerk of Court,

By: s/ M. Quinata

M. Quinata, Deputy