UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 60 through 121 inclusive, individuals,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AYLO HOLDINGS S.A.R.L., (f/k/a "MindGeek S.a.r.l.") a foreign entity; AYLO FREESITES, LTD., (f/k/a "MG Freesites, Ltd." and d/b/a "PornHub," "YouPorn," "RedTube," and "Tube8") a foreign entity; AYLO BILLING US CORP., (f/k/a "MG Billing US Corp." and d/b/a "ProBiller") a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:23-cv-01821-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

　　The Court has considered the Joint Motion to Stay Case Pursuant to 18 U.S.C. § 1595(b) (ECF No. 32) filed by Plaintiffs Jane Doe Nos. 60–121 ("Plaintiffs") and Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo Billing US Corp., and 9219-1568 Quebec Inc. (collectively, "Defendants").

　　IT IS HEREBY ORDERED that the Joint Motion to Stay Case Pursuant to 18 U.S.C. § 1595(b) (ECF No. 32) is granted. This action is stayed pursuant to 18 U.S.C. § 1595(b),

1

pending the final adjudication in the trial court of *United States v. Michael J. Pratt*, Crim. Case No. 19CR4488-JLS-1 (S.D. Cal.) and *United States v. Valorie Moser*, Crim. Case No. 19CR4488-JLS-5 (S.D. Cal.). Plaintiffs shall notify the Court immediately after sentencing is concluded in the pending cases against Michael Pratt and Valorie Moser.

IT IS FURTHER ORDERED that the Motion to Stay Action (ECF No. 25) filed by Defendants is denied as moot.

IT IS FURTHER ORDERED that the Motion to Dismiss Action Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(2) (ECF No. 26) filed by Defendants is denied without prejudice, to be refiled at a later date if necessary.

Dated: June 4, 2024

Hon. William Q. Hayes
United States District Court