QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Zeller (SBN 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (SBN 190081)
  dianecafferata@quinnemanuel.com
Robert Becher (SBN 193431)
  robertbecher@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:  (213) 443 3100

Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo Billing US Corp., and 9219-1568 Quebec Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| JANE DOE NOS. 60 through 121 inclusive, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AYLO HOLDINGS S.A.R.L. (f/k/a "MindGeek S.a.r.l.") a foreign entity; AYLO FREESITES, LTD., (f/k/a "MG Freesites, Ltd. and d/b/a "PornHub," "YouPorn," "RedTube," and "Tube8") a foreign entity; AYLO BILLING US CORP., (f/k/a MG Billing US Corp." and d/b/a "ProBiller") a Delaware corporation; and 9219-1568 QUEBEC, INC., a foreign entity;<br><br>Defendants. | CASE NO. 3:23-CV-01821-WQH-KSC<br><br>Judge: Hon. William Q. Hayes<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

CASE NO. 3:23-CV-01821
**MOTION TO WITHDRAW AS COUNSEL**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo Billing US Corp., and 9219-1568 Quebec Inc. ("Defendants") hereby move for an Order permitting Quinn Emanuel Urquhart & Sullivan, LLP, and specifically the undersigned counsel, Michael T. Zeller, Diane Cafferata, Robert Becher, and Michelle Wang (collectively, "Quinn Emanuel"), to withdraw as counsel of record for Defendants in the above-captioned matter, and, in support thereof, state as follows:

1. Quinn Emanuel has represented Defendants in this action, along with its co-counsel of record, Mitchell Silberberg & Knupp, LLP, and specifically David A. Steinberg, Marc E. Mayer, and Emily F. Evitt (collectively, "Mitchell Silberberg & Knupp").

2. Defendants consent to the withdrawal of Quinn Emanuel, and will continue to be represented in this action by Mitchell Silberberg & Knupp as counsel of record.

3. This motion is made in good faith and not for the purposes of delay. If granted, it would not delay this proceeding nor would it prejudice any party.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Quinn Emanuel leave to withdraw as counsel for Defendants and relieving them of any further responsibility herein.

DATED: September 20, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Robert Becher*
Michael T. Zeller (SBN 196417)
Diane Cafferata (SBN 190081)
Robert Becher (SBN 193431)
Michelle Wang (*Pro Hac Vice* Pending)

Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo Billing US Corp., and 9219-1568 Quebec Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 20, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

DATED: September 20, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Robert Becher*
Michael T. Zeller (SBN 196417)
Diane Cafferata (SBN 190081)
Robert Becher (SBN 193431)
Michelle Wang (*Pro Hac Vice* Pending)

Attorneys for Defendants Aylo Holdings S.à r.l., Aylo Freesites Ltd, Aylo Billing US Corp., and 9219-1568 Quebec Inc.