UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JANE DOE NOS. 60 through 121 inclusive, individuals,

Plaintiffs,

v.

AYLO MEDIA S.A.R.L., (f/k/a "MindGeek S.a.r.l.") a foreign entity; AYLO FREESITES, LTD., (f/k/a "MG Freesites, Ltd." and d/b/a "PornHub," "YouPorn," "RedTube," and "Tube8") a foreign entity; AYLO BILLING US CORP., (f/k/a "MG Billing US Corp." and d/b/a "ProBiller") a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; and AYLO HOLDINGS S.A.R.L.,

Defendants.

Case No.:  23-cv-1821-WQH-KSC

**ORDER**

HAYES, Judge:

The matter before the Court is the Motion to Withdraw as Attorney (ECF No. 46) filed by Defendants Aylo Holdings S.a.r.l., Aylo Freesites, Ltd., Aylo Billing US Corp., and 9219-1568 Quebec, Inc. (collectively, "Defendants").

1

"An attorney may not withdraw as counsel except by leave of court, and the decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Urias v. Labcorp Peri-Approval & Commercialization Inc.*, No. 23-CV-1815 JLS (MSB), 2023 WL 8845384, at *1 (S.D. Cal. Dec. 21, 2023) (citation omitted); *see also United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir. 2009); S.D. Cal. Civ. L.R. 83.3(f)(3) (requiring that a notice of motion to withdraw as attorney of record be served on the adverse party and on the moving attorney's client, along with a declaration of service).

> In ruling on a motion to withdraw as counsel, courts consider: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case.

*Leatt Corp. v. Innovative Safety Tech., LLC*, No. 09-CV-1301-IEG POR, 2010 WL 444708, at *1 (S.D. Cal. Feb. 2, 2010) (citation omitted).

Here, Defendants move for an Order permitting Mitchel Silberberg & Knupp LLP, and specifically its attorneys David A. Steinberg, Marc. E. Mayer, and Emily F. Evitt, to withdraw as counsel in this action. (ECF No. 46 at 2.) Defendants state that they will continue to be represented by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. *Id.* In support, Defendants submit a Declaration of Emily F. Evitt stating that copies of the motion have been served on counsel for Plaintiff. (ECF No. 46-1.)

IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney (ECF No. 46) is granted. Mitchell Silberberg & Knupp LLP, and its counsel David A. Steinberg, Marc E. Mayer, and Emily F. Evitt, are withdrawn as attorneys of record for Defendants in this action.

Dated:  February 27, 2026

Hon. William Q. Hayes
United States District Court

23-cv-1821-WQH-KSC