UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 60 through 121 inclusive, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AYLO HOLDINGS S.A.R.L., (f/k/a "MindGeek S.a.r.l.") a foreign entity; AYLO FREESITES, LTD., (f/k/a "MG Freesites, Ltd." and d/b/a "PornHub," "YouPorn," "RedTube," and "Tube8") a foreign entity; AYLO BILLING US CORP., (f/k/a "MG Billing US Corp." and d/b/a "ProBiller") a Delaware corporation; and 9219-1568 QUEBEC, INC., a foreign entity,<br><br>Defendants. | CASE NO.: 3:23-cv-01821-WQH-KSC<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint Motion for Order Expanding Leave to File A Second Amended Complaint, Extending Defendants' Time to Respond, and Allowing Portions of the Second Amended Complaint to be Filed Under Seal is granted in part. (ECF No. 54.) Plaintiffs shall have until December 4, 2026 to file their Second Amended Complaint. Defendants shall have until January 19, 2027 to respond to Plaintiffs' Second Amended Complaint.

IT IS FURTHER ORDERED that Plaintiffs' request to file victim-specific allegations in their Second Amended Complaint under seal shall be made by a separate motion at the time of filing.

The Court defers ruling on Plaintiffs' request to add additional plaintiffs to the Second Amended Complaint and on tolling all applicable statute of limitations at this time.

Dated: 10/28/2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court